IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY O. CRAIGG                                                    PETITIONER

v.                              No. 5:14-cv-288-DPM-HDY

RAY HOBBS, Director of the
Arkansas Department of Corrections                                   RESPONDENT

ORDER

On *de novo* review, the Court overrules Craigg's objections, № 11, and adopts the opposed recommendation, № 10. FED. R. CIV. P. 72(b)(3). Craigg's motion to appoint counsel, № 12, is denied as moot. No certificate of appealability will issue because Craigg has made no substantial showing that his constitutional rights were denied. 28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2014