IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY O. CRAIGG                                                        PETITIONER

v.                              No. 5:14-cv-288-DPM

RAY HOBBS, Director of the
Arkansas Department of Corrections                               RESPONDENT

JUDGEMENT

Craigg's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 November 2014