# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTHONY O. CRAIGG**
**ADC #135550**                                                                    **PLAINTIFF**

v.                                    No. 5:14-cv-288-DPM

**RAY HOBBS, Director, ADC**                                                       **DEFENDANT**

## ORDER

Motion for reconsideration, № 23, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 December 2014